IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODOLFO LUTIN-VALENZUELA, | ) | |
| | ) | |
| Petitioner, | ) | 8:12CV111 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER JR., in his official capacity as Attorney General of the United States, MARK FOXALL, in his official capacity as Director of Douglas County Department of Corrections, GREG JENSEN, in his official capacity as Acting Field Office Director for Detention & Removal, Omaha Field Office, JOHN MORTON, in his official capacity as Director of United States Immigration and Customs Enforcement, and JANET NAPOLITANO, in her official capacity as Secretary of the United States Department of Homeland Security, | ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondents. | ) | |
| | ) | |

      On March 19, 2012, Rodolfo Lutin-Valencia filed a petition for a writ of habeas corpus and request for emergency temporary restraining order.  (ECF No. 1.)  After conducting an initial review of the petition, I found that Lutin-Valencia may be entitled to relief, and I scheduled the matter for hearing.  (<u>See</u> ECF No. 4.)

      Lutin-Valencia has requested summonses for Respondents Mark Foxall, Greg Jensen, John Morton, Janet Napolitano, and Eric H. Holder, and for the United States Attorney's Office in Nebraska.  (ECF No. 3.)  His request is granted.

1

**IT IS ORDERED** that the petitioner's request for summonses, ECF No. 3, is granted, and the clerk is directed to issue the summonses.

Dated March 21, 2012.

>BY THE COURT
>
>s/ Warren K. Urbom
>United States Senior District Judge